AO 93 (Rev. 12/09) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The HLMC Clubhouse, 4100 Garfield Street, Denver,<br>Colorado, more fully described in Attachment A, which is<br>incorporated by this reference. | )<br>)<br>) Case No.  12-sw-05034-CBS<br>)<br>)<br>) |

### SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____State and_____ District of _____Colorado_____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A, attached hereto and hereby incorporated by this reference. This warrant is contingent on the Hell's Lovers Motorcycle Club (HLMC) convening a members' meeting on January 20, 2012, at the location informally known as the HLMC Clubhouse, 4100 Garfield Street, Denver, CO, more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B attached hereto and hereby incorparated by this reference, on or about January 20, 2012.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. This search warrant is to be executed after the HLMC member meeting is convened on January 20, 2012, at the HLMC Clubhouse described in Attachment A.
YOU ARE COMMANDED to execute this warrant on or before   _____2\1\12_____
                                                                                              *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.     ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
**Craig B. Shaffer, United States Magistrate Judge**  .
                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 and 3103(a) (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30).*
                                                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  1/18/12 at 3:15 PM              _____
                                                                                       *Judge's signature*

City and state:  Denver Colo.              **Craig B. Shaffer, United States Magistrate Judge**
                                                                            *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## **ATTACHMENT A**

The premises informally known as the Hell's Lovers Motorcycle Club Colorado Chapter Clubhouse

Address: 4100 Garfield Street, Denver, Colorado.

Including all outbuildings and appurtenances thereto

4100 Garfield Street, Denver, Colorado is a single story structure with white panel siding and a red shingle roof. The front door of the structure faces south toward 41st Avenue and has a black wrought iron security door. The structure is located on the southeast corner of 41st Avenue and Garfield Street in Denver, Colorado. The east side of the structure is enclosed by a chain-link fence. All exterior windows have been painted black. On the south side of the structure, facing toward 41st Avenue is a porch which is partially enclosed by a painted black wall which has the appearance of being a stone wall. The southwest corner of the stricter has a red colored brick chimney. There is a concrete sidewalk walkway connecting 41st Avenue to the structure. Directly in front, and to the right of the porch of the structure (as facing north towards the structure) is a black metal mailbox. A second doorway to the structure can be accessed from the front porch of the structure and faces west. This doorway bears a large sign which reads: "Danger Weapons Firing in Progress". The windows on the west side of the structure have been painted black and are covered in wrought iron security bars. This location is informally known as the Hell's Lovers Motorcycle Club clubhouse.

## ATTACHMENT B
PERSONS AND PROPERTY TO BE SEIZED

1. The persons: Romell E. BULLOCK, Gregory A. COLLINS, George A. GADDY, Richard W. JOHNSON, Sheps H. KHAMSAHU, Johnie A. MYERS, Calvin R. RILEY, Corey L. RILEY, Thomas A. SCHRAH, Jr. and any other persons for whom federal arrest warrants have been issued and may be within the structure at 4100 Garfield Street, Denver, Colorado and attending the meeting of HLMC Colorado Chapter members.

2. Cocaine.

3. Marijuana.

4. Contraband, including other controlled substances.

5. Firearms.

6. Ammunition and other items related to firearm possession.

7. United States Currency.

8. Indicia of ownership, occupancy, residency, or control of the premises and of the other items of evidence such as utility bills, telephone bills, and mail.

9. Any financial records, bank account records, bank statements, cancelled checks, ATF records, and internal records, notes, records, receipts, ledgers, and other items which relate to the dues and other monies used by HLMC and its members to pay for and maintain the HLMC clubhouse and other HLMC activities.

10. Notes, ledgers, lists, minutes and records of meetings to including without limitation, the minutes of Chapter meetings, Presidents' meetings, National Officers' meetings, and other member or associate meetings.

11. Any documents created and maintained by HLMC as a part of HLMC business and protocol, to include HLMC By-Laws, and records reflecting amendments to By-Laws, records reflecting HLMC interstate motorcycle runs, and any other items maintained as a regular part HLMC business.

12. Records which reflect and referring to the responsibilities of HLMC officers or any of its Chapters and or Region and National leadership.

13. HLMC vests, colors, patches, and other memorabilia evidencing an association with HLMC.

14. Any books, records, receipts, notes, bank statements, checks, money drafts, letters

of credit, money orders and cashier's checks, safe deposit box keys, safes, computer systems and information contained on computer disks and other items evidencing the obtaining, secreting, transfer and/or concealment of HLMC assets or expenditures of money.

15. Address books, telephone records, ledgers, work papers, photographs, photographic film, video tapes, cassette tapes, notes and other correspondences which relate to narcotics trafficking or affiliations amongst and between co-conspirators and other individuals.

16. Cellular telephones, smart phones and other mobile devices found on the persons of individuals for whom federal arrest warrants have been issued or for whom probable cause exists to make an arrest at the time of the execution of this warrant.

17. Drug paraphernalia, to include: digital scales, "cutting" agents, baggies, packaging, or other items know to be associated with drug trafficking crimes.